EUGENE J. EGAN (State Bar No. 130108)
PAUL HANNA (State Bar No. 222012)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
801 South Figueroa Street, 15th Floor
Los Angeles, California 90017
Tel.:  (213) 624-6900
Fax:  (213) 624-6999

Attorneys for Defendant
TARGET CORPORATION, erroneously
sued as TARGET STORES

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KRISTINA PADILLA, an individual; MARC SOLORIO, an individual, <br><br>           Plaintiffs, <br><br>    v. <br><br> TARGET STORES, a Business Organization, Form Unknown; and DOES 1 through 10, Inclusive, <br><br>           Defendants. | **USDC CASE NO.: CV10-4981 DSF (AJWx)** <br><br> **LASC CASE NO.: TC024098** <br><br> **ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** <br><br> Complaint Filed:   3/12/10 <br> Trial:                      None |

The Joint Stipulation of Defendant TARGET CORPORATION and Plaintiffs KRISTINA PADILLA and MARC SOLORIO for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court.

Dated: 9/27/10

_____
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT**

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On September 24, 2010, I served the document described as **[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Lawrence A. Moy, Esq.
Law Offices of Lawrence A. Moy
12440 Firestone Blvd., Suite 108
Norwalk, CA 90650
1999-34090
P: 562-807-2223; F:562-807-2229
**Attorney for Plaintiffs**
**Kristina Padilla & Marc Solorio**

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.

☐ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER)**: I placed the above-referenced document(s) in (an) envelope(s) designated by the express service carrier (UPS) for overnight delivery, addressed as indicated above. I delivered said UPS envelope to the personnel of our mail room. I am "readily familiar" with the firm's practice of collecting and processing documents intended for UPS overnight delivery. Under that practice, after the document is delivered to the firm's mail room, it is deposited that same day, with delivery fees provided for, in a box or other facility regularly maintained by the express service carrier or is delivered to an authorized courier or driver authorized by the express service carrier to receive documents, for overnight delivery.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on September 24, 2010 at Los Angeles, California.

_____
Brenda Leonardo

Stip to Remand-Order.wpd                    -2-

**[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT**